```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 31347
    PAMELA J STANO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0343


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/10/2005 and was confirmed 09/22/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

      The case was dismissed after confirmation 08/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC   SECURED          12724.00        1356.10       5240.87
BANK OF AMERICA NA         FILED LATE       14268.65            .00            .00
CARSON PIRIE SCOTT         UNSECURED          479.59            .00            .00
STATE FARM BANK            UNSECURED         2949.87            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         8521.95            .00            .00
KOHLS                      UNSECURED          594.12            .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED             .84            .00            .00
LEGAL HELPERS PC           DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                           513.03
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  9,310.00

PRIORITY                                                .00
SECURED                                            5,240.87
    INTEREST                                       1,356.10
UNSECURED                                               .00
ADMINISTRATIVE                                     2,200.00
TRUSTEE COMPENSATION                                 513.03
DEBTOR REFUND                                           .00
                         ---------------        ---------------
TOTALS                   9,310.00                  9,310.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 31347 PAMELA J STANO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |